Lott Hotels, Inc., appellant, v. Charles H. Lott et al., appellees. Gen. No. 35,423.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed November 16, 1932. Rehearing denied and opinion modified December 9, 1932.

Harris F. Williams and L. A. Wheeler, for appellant. Socrates & Davis, for appellees.

Mr. Justice Hall delivered the opinion of the court.

John Burki and Helen Burki, appellees, v. Aladar Behnke and Anna Behnke, appellants. Gen. No. 35,572.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed November 16, 1932. Rehearing denied December 1, 1932.

Joseph C. Pisha, Constance Pisha and Ewart Harris, for appellants. J. E. Yaffe, for appellees; Samuel F. Knox, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Carl Kush, plaintiff in error, v. Chicago, Milwaukee, St. Paul & Pacific Railroad Company, defendant in error. Gen. No. 35,611.

Heard in the third division of this court for the first district at the December term, 1931. Opinion filed November 16, 1932.

Charles C. Spencer, for plaintiff in error. Lee W. Carrier, M. L. Bluhm and C. L. Taylor, for defendant in error; C. S. Jefferson, of counsel.

Mr. Justice Hall delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. John Bailey, plaintiff in error. Gen. No. 35,683.

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed November 16, 1932.

Hyman A. Pierce, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Hall delivered the opinion of the court.